UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Caroline Buerkle,

*Plaintiff,*

v.

New York Presbyterian Weill Cornell Medical Center, by and through its officers, agents, and/or employees,

*Defendant.*

---

Civil Action No.:
1:22-cv-01132-TJM-DJS

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Caroline Buerkle, by and through her undersigned counsel, hereby dismisses this action against all defendants, without prejudice.

Dated: November 21, 2022

Respectfully submitted,

**CHERUNDOLO LAW FIRM, PLLC**

By: ___*/s/ John C. Cherundolo*___
John C. Cherundolo, Esq.
Bar Roll No. 101339

*Attorneys for Plaintiff*
Office and Post Office Address
120 Madison Street
AXA Tower II, 16th Floor
Syracuse, NY 13202-2078
Telephone: (315) 449-9500

1